# FEDERAL COMMUNITY DEFENDER OFFICE
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## Capital Habeas Unit

FEDERAL COURT DIVISION DEFENDER ASSOCIATION OF PHILADELPHIA

SUITE 545 WEST -- THE CURTIS CENTER
601 WALNUT STREET
PHILADELPHIA, PA 19106

| ELLEN T. GREENLEE | PHONE NUMBER (215) 928-0520 | MAUREEN KEARNEY ROWLEY |
| DEFENDER | FAX NUMBER    (215) 928-0826 | CHIEF FEDERAL DEFENDER |
|  | FAX NUMBER    (215) 861-3508 |  |

August 10, 2007

Peter T. Dalleo
Clerk of Court
United States District Court
District of Delaware
848 N. King Street
Wilmington, Delaware
<u>Electronically Filed</u>

Re:   <u>Manley v. Danberg</u>, 07-cv-472 (Death Penalty Habeas Corpus)
       <u>Stevenson v. Danberg</u>, 07-cv-473 (Death Penalty Habeas Corpus)

Dear Mr. Dalleo:

  On July 30, 2007 I filed in each of the above-cited cases a *Motion for Appointment of Federal Habeas Corpus Counsel Pursuant to 21 U.S.C. § 848(q) and <u>McFarland v. Scott</u>, and for an Order Permitting Petitioner to Proceed In Forma Pauperis*. As explained in the *Motions*, each Petitioner requests the appointment of counsel to represent them in their to-be-commenced capital habeas corpus proceedings.[1] To date, a judge has not been assigned to these matters and accordingly no action has been taken on the *Motions*.

  I am writing at this time to request that the assignment of a judge be expedited as there is urgency to these matters. Both state post-conviction and federal habeas corpus proceedings are subject to a one year limitations period. By my calculation there is only about six months remaining on these concurrently running periods for each Petitioner. Each Petitioner seeks appointment of federal habeas counsel at this time so that such counsel can begin to investigate and research his case and render advice as to whether each Petitioner should litigate further in state court, or alternatively,

---

[1] My office has asked to be assigned to Mr. Stevenson's case, and we have recommended the assigned of learned counsel from the Capital Habeas Corpus Unit from the Federal Public Defender in Harrisburg, Pennsylvania, who are ready, willing and able to take the assignment.

**Peter T. Dalleo**
**Clerk of Court**
**August 10, 2007**
**Page 2**

should file a habeas corpus petition in this Court. To-be-appointed counsel cannot begin to advise their client with respect to this important question until they are appointed and have an opportunity to investigate and research the significant record in this case. In short, each individual has important decisions to make and time is running short.

Accordingly, I request that the Court expedite assignment of a judge and consideration of these pending *Motions*.

I appreciate your assistance and am available at your request should you require further information.

Respectfully,


Michael Wiseman
Supervisory Assistant Federal Defender

cc:    Loren C. Meyers, Esquire
       Deputy Attorney General
       By E-Mail and Mail