# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

```
------------------------------x
                              :
DAVID STEVENSON,              :    Civil Action
                              :    No. 07-_____        07-473
       Petitioner,            :
                              :    CAPITAL HABEAS
   v.                         :
                              :
CARL C. DANBERG, Commissioner,:
Delaware Department of Correction; and
THOMAS L. CARROLL, Warden,    :
Delaware Correctional Center at Smyrna, :
                              :
       Respondents.           :
------------------------------x
```

2007 JUL 30 PM 4:42
FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE

## ORDER

And Now, this 14 day of August, 2007 upon consideration of Petitioner's *Motion for Appointment of Federal Habeas Corpus Counsel Pursuant to 21 U.S.C. § 848(q) and McFarland v. Scott, and for an Order Permitting Petitioner to Proceed In Forma Pauperis*, and the position of Respondents with respect to this *Motion*, it is hereby ORDERED:

1. Petitioner's Motion is granted.

2. The Capital Habeas Corpus Unit of the Federal Community Defender Office for the Eastern District of Pennsylvania is assigned to represent Petitioner in these habeas corpus proceedings.

3. Petitioner is permitted to proceed *in forma pauperis*.

4. Counsel are ordered to file a petition for habeas corpus relief within 120 days of the date of this order.

_____
United States District Judge



FILED
AUG 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE