# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID STEVENSON, | : | Civil Action |
| | : | |
| Petitioner, | : | Case No. 1:07-cv-00473-GMS |
| | : | |
| v. | : | **DEATH PENALTY CASE** |
| | : | |
| CARL C. DANBERG, | : | Electronically Filed |
| | : | |
| Respondent. | : | |

---

### PETITIONER'S UNOPPOSED MOTION
### FOR SIXTY-DAY
### EXTENSION FOR FILING PETITION
### FOR WRIT OF HABEAS CORPUS

---

Petitioner, David Stevenson, respectfully requests that this Honorable Court grant his unopposed motion for additional time to file his habeas petition and submits as follows:

1.     On July 30, 2007, Petitioner filed a motion for appointment of counsel in federal court and for leave to proceed in forma pauperis.  On August 14, 2007, this Court granted Petitioner's motion and appointed undersigned counsel.  The Court ordered that a habeas petition be filed on or before December 13, 2007.

2. The record in this case is quite extensive. Counsel has been reviewing the record and has begun the process of comprehensive investigation into Petitioner's case. Simply, counsel requires additional time to complete investigation, review of the record and complete legal research.

3. This request is made in good faith and is not predicated on an intent to delay, nor is it intended to prejudice Respondent. This motion is being made because of the specific needs of this capital case and because of counsel's obligation to provide professionally appropriate representation for this capital client.

4. Loren Myers, Esq., Chief of the Appellate Division of the Delaware Department of Justice, has graciously indicated that he has no objection to this request for an extension.

5. Under these circumstances, Petitioner requests that the Court allow an extension of sixty (60) days to enable counsel to provide professional pleadings to the Court and effective representation to this death-sentenced prisoner on appeal.

WHEREFORE, Appellant respectfully requests that the Court grant this request for a sixty (60) day extension.  A proposed order is attached.

Respectfully Submitted,

s/ Michael Wiseman
Pa Bar No.48308
Shawn Nolan
Pa Bar No. 56535
Federal Community Defender Office for the
Eastern District of Pennsylvania
Suite 545 West, The Curtis Center
Independence Square West
Philadelphia, Pennsylvania  19106
(215) 928-0520

December 12, 2007

## CERTIFICATE OF SERVICE

On this 12th day of December, 2007, I delivered by first class United States mail and via efiling a copy of *Petitioner's Unopposed Motion for Sixty Day Extension for Filing Petition for Writ of Habeas Corpus* to:

>Loren C. Meyers, Esquire
>Chief of Appeals
>820 North French Street, 7th Floor
>Wilmington, DE 19801

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

>s/ Michael Wiseman
>Michael Wiseman
>Attorney At Law

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID STEVENSON, | : | Civil Action |
| | : | |
| Petitioner, | : | Case No. 1:07-cv-00473-GMS |
| | : | |
| v. | : | **DEATH PENALTY CASE** |
| | : | |
| CARL C. DANBERG, | : | Electronically Filed |
| | : | |
| Respondent. | : | |

_____

**ORDER**

_____

AND NOW, this _____ day of December, 2007, Petitioner's Unopposed Motion for Sixty Day Extension for Filing Petition for Writ of Habeas Corpus is GRANTED.  Petitioner shall file his Petition for a Writ of Habeas Corpus on or before February 12, 2008.

BY THE COURT:

_____
United States District Judge