# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID STEVENSON, | : | Civil Action |
| | : | |
| Petitioner, | : | Case No. 1:07-cv-00473-GMS |
| | : | |
| v. | : | **DEATH PENALTY CASE** |
| | : | |
| CARL C. DANBERG, | : | Electronically Filed |
| | : | |
| Respondent. | : | |

---

### PETITIONER'S UNOPPOSED MOTION
### FOR THREE DAY
### EXTENSION FOR FILING PETITION
### FOR WRIT OF HABEAS CORPUS

---

Petitioner, David Stevenson, respectfully requests that this Honorable Court grant his unopposed motion for additional time to file his habeas petition and submits as follows:

1.  On July 30, 2007, Petitioner filed a motion for appointment of counsel in federal court and for leave to proceed *in forma pauperis*. On August 14, 2007, this Court granted Petitioner's motion and appointed undersigned counsel. The Court ordered that a habeas petition be filed on or before December 13, 2007. The Court previously granted an unopposed motion for a sixty day

extension of time. Petitioner's pleading is currently due on February 12.

2. The record in this case is quite extensive. Counsel has reviewed the record and has conducted comprehensive investigation into Petitioner's case. Counsel is in the process of writing the petition, but requires an additional three days to complete the compilation of the habeas petition.

3. This request is made in good faith and is not predicated on an intent to delay, nor is it intended to prejudice Respondent. This motion is being made because of the specific needs of this capital case, because of counsel's comprehensive case load of capital cases and involvement in Guantanamo litigation, and because of counsel's obligation to provide professionally appropriate representation for this capital client.

4. Loren Myers, Esq., Chief of the Appellate Division of the Delaware Department of Justice, has graciously indicated that he has no objection to this request for an extension.

5. Under these circumstances, Petitioner requests that the Court allow an extension of three (3) days to enable counsel to provide professional pleadings to the Court and effective representation to this death-sentenced prisoner on appeal.

WHEREFORE, Appellant respectfully requests that the Court grant this request for a three (3) day extension. A proposed order is attached.

                                          Respectfully Submitted,

                                          <u>s/ Michael Wiseman</u>
                                          Pa Bar No.48308
                                          Shawn Nolan
                                          Pa Bar No. 56535
                                          Federal Community Defender Office for the
                                          Eastern District of Pennsylvania
                                          Suite 545 West, The Curtis Center
                                          Independence Square West
                                          Philadelphia, Pennsylvania  19106
                                          (215) 928-0520

February 11, 2008

**CERTIFICATE OF SERVICE**

On this 11th day of February, 2008, I delivered by first class United States mail and via efiling a copy of *Petitioner's Unopposed Motion for Three Day Extension for Filing Petition for Writ of Habeas Corpus* to:

    Loren C. Meyers, Esquire
    Chief of Appeals
    820 North French Street, 7th Floor
    Wilmington, DE 19801

SWORN TO AND SUBSCRIBED before me the day and year aforesaid.

    s/ Michael Wiseman
    Michael Wiseman
    Attorney At Law

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID STEVENSON, | : | Civil Action |
| | : | |
| Petitioner, | : | Case No. 1:07-cv-00473-GMS |
| | : | |
| v. | : | **DEATH PENALTY CASE** |
| | : | |
| CARL C. DANBERG, | : | Electronically Filed |
| | : | |
| Respondent. | : | |

_____

**ORDER**

_____

AND NOW, this _____ day of February, 2008, Petitioner's Unopposed Motion for Three Day Extension for Filing Petition for Writ of Habeas Corpus is GRANTED. Petitioner shall file his Petition for a Writ of Habeas Corpus on or before February 15, 2008.

BY THE COURT:

_____
United States District Judge