

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX (302) 577-6499
TTY (302) 577-5783

June 18, 2008

The Honorable Gregory M. Sleet
District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *David Stevenson v. Danberg*, Civ. Act. No. 07-473-GMS

Dear Chief Judge Sleet,

     After discussions with Mr. Stevenson's counsel appointed for purposes of his state postconviction action, the parties have reached an agreement to move along the state court proceedings. In light of that agreement, Respondents hereby withdraw their opposition to Mr. Stevenson's *Motion to Stay Federal Proceedings* at this time. Respondents do not waive their right to re-file their objections should circumstances in the state court proceedings merit reconsideration of the State's position in the federal habeas proceedings.

Sincerely,

Elizabeth R. McFarlan
Deputy Attorney General
Counsel for Respondents

cc: Michael Wiseman, Esq.
     Jennifer-Kate Aaronson, Esq.