UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DAVID STEVENSON | : | Civil Action<br>(capital habeas corpus) |
| Petitioner, | : | Case No. 1:07-cv-00473-GMS |
| v. | : | **DEATH PENALTY CASE** |
| CARL C. DANBERG,<br>Commissioner,<br>Delaware Department of Corrections<br>Respondent. | : | Chief Judge Gregory M. Sleet |

ORDER

And now, this 19th day of June, 2008, upon consideration of Petitioner David Stevenson's *Motion to Stay the Federal Proceedings to Permit Petitioner's Counsel to Forthwith Exhaust Claims in State Court*, it is hereby ORDERED:

1. Petitioner's Motion is GRANTED;

2. Petitioner's Petition for a Writ of Habeas Corpus by a Person in State Custody is STAYED pending exhaustion of state remedies of his unexhausted claims;

3. Counsel are ordered to forthwith exhaust all claims in the state courts and notify the Court within thirty days of the final disposition of the state court litigation.

Gregory Sleet, USDJ

FILED
JUN 2 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE